JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LaVERTU, | Case No.: SACV 13-00332-JLS (ANx) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA AND SPIB INSURANCE AGENCY INC./SUN PACIFIC INSURANCE BROKERS, INC. LONG TERM DISABILITY PLAN, | |
| Defendants. | |

The Court has considered the Stipulation of the parties and all prior Orders and hereby enters final judgment in the following amounts:

1) Retroactive benefits due through June 7, 2014: $14,162.63

2) Interest on retroactive benefits due: $350.00

3) Attorneys' fees & costs: $125,879.00

4) Bill of Costs taxed: $425.21

Unum shall make the above payments by June 27, 2014, in accordance with Plaintiff's payment instructions.

**SO ORDERED:**

Dated: June 17, 2014

_____
Honorable Josephine L. Staton
United States District Judge